

United States Navy–Marine Corps Court of Criminal Appeals is affirmed. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0100/AF. U.S. v. Chase C. Montgomery. CCA 37556. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Air Force Court of Criminal Appeals is affirmed.*

No. 11–0583/NA. U.S. v. Michael D. King, Jr. CCA 201000406. Appellant's motion to correct errata granted.

No. 12–0036/AR. U.S. v. James E. Crawford. CCA 20100247. On consideration of Appellant's motion to consider matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motion is hereby granted.

---

* It is directed that the promulgating order be corrected to reflect that the drug used in Specification 13 of Charge III was 3, 4-methylenedioxyamphetamine, vice 3, 4-methylenedioxymethamphetamine. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]